UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SHAWN K. O.,[1]

Plaintiff,

v.

FRANK J. BISIGNANO,

Defendant.

Case No. 5:26-cv-00740-RGK-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that Judgment be entered **REVERSING** the Commissioner's decision and **REMANDING** for further administrative action consistent with the parties' joint stipulation.

Dated: August 20, 2026

HONORABLE R. GARY KLAUSNER
United States District Judge

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.