JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHAWN K. O.,[1]

Plaintiff,

v.

FRANK J. BISIGNANO,

Defendant.

CASE NO. 5:26-cv-00740-RGK-MAR

JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, **THE COURT ADJUDGES AND DECREES** that judgment is entered for Plaintiff. The action is **REMANDED** for further proceedings consistent with the parties' joint Stipulation to Remand.

DATED: August 20, 2026

HONORABLE R. GARY KLAUSNER
United States District Judge

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.